IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| Melodie Shuler, | ) | C/A No. 5:19-88-MGL-PJG |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | |
| Orangeburg County Sheriff's Department; | ) | |
| Sheriff Leroy Ravenell; Captain Antonia | ) | **ORDER** |
| Turkvant; Chief Kenneth Kinsey; Captain | ) | |
| Lacrea Jenkins; Lieutenant Coyler; Sergeant | ) | |
| Allen Hunter; Franklin Ashley Williams; | ) | |
| Michael Lawrence; John Stuke; Derek Howell; | ) | |
| Andre Brisbon; Chris Powell, | ) | |
| Defendants. | ) | |
| | ) | |

    This is a civil action filed by *pro se* plaintiff. Under Local Civil Rule 73.02(B)(2) (D.S.C.), pretrial proceedings in this action have been referred to the assigned United States Magistrate Judge. On July 8, 2019, the court issued an order authorizing issuance and service of process on Defendants Michael Lawrence and John Stuke (ECF No. 35.) In that order, under the heading "Construction of the Pleading," the court, following initial screening pursuant to applicable law, listed the claims it construed as raised by the Plaintiff in the Complaint.

    Counsel has now entered an appearance for one or more named defendants. The court directs *each legal representative entering an appearance in this matter on behalf of any defendant* to certify that the court's order authorizing service of process has been received and that the Plaintiff's claims as construed by the court have been reviewed by completing the "Defendant's Certification" below and filing it with the court within seven (7) days from the date of this order. If *any party* disagrees with the court's construction of the Plaintiff's claims, he or she may file an appropriate motion with the court within seven (7) days from the date of this order.

    **IT IS SO ORDERED**.

| | |
|---|---|
| | s/Paige J. Gossett |
| August 9, 2019 | Paige J. Gossett |
| Columbia, South Carolina | UNITED STATES MAGISTRATE JUDGE |

### Defendant's Certification

    I, _____ *(print name)*, hereby certify that I have received the order authorizing issuance and service of process in this case and have reviewed the court's construction of the pleading.

    _____
    *Signature of party or legal representative*

    _____
    *Date*